UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROCHELLE NICOLE RODRIGUEZ,

Plaintiff,

v.

SEABREEZE JETLEV LLC, et al.,

Defendants.

Case No. 20-cv-07073-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, October 4, 2021 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | June 8, 2021 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 3/10/2021; after that date only for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | November 30, 2021 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: January 14, 2022<br>Rebuttal: February 4, 2022 |
| EXPERT DISCOVERY CUTOFF: | February 28, 2022 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | on 35 day notice [filed 11/1/2021] |
| COMPLIANCE DEADLINE (*See* PAGE 2) | Friday, April 29, 2022 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | May 6, 2022 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, May 20, 2022 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, June 13, 2022 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance deadline on Friday, April 29, 2022 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance deadline shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance deadline will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 8, 2021

_____
YVONNE GONZALEZ ROGERS
United States District Judge