UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROCHELLE NICOLE RODRIGUEZ,**<br><br>    Plaintiff,<br><br>  vs.<br><br>**SEABREEZE JETLEV, LLC, ET AL.,**<br><br>    Defendants. | Case No. 4:20-CV-7073-YGR<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>Re: Dkt. No. 52 |

Currently pending in this wrongful death suit is defendants' motion for a determination of a good faith settlement. (Dkt. No. 52.) Having carefully considered the briefing on the motion, and for the reasons stated on the record at the November 30, 2021 hearing, the Court **DENIES** the motion **WITHOUT PREJUDICE**. Finding good cause, the Court hereby **GRANTS** the motion to seal. (Dkt. No. 51.) The Court further **SETS** a case management conference for **Monday, December 13, 2021**, at **4:00 p.m.** via Zoom. Five business days prior, the parties are directed to file an updated case management statement. Counsel for plaintiff is directed to advise the minor S.J. and her mother to appear at the December 13 status conference.

**IT IS SO ORDERED.**

Dated: December 3, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE