UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ROCHELLE NICOLE RODRIGUEZ, individually, and as Personal Representative of the Estate of JAMAL MARQUEZ JORDAN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>SEABREEZE JETLEV LLC, SEABREEZE JET SKI, LLC, and H2O SPORTS HAWAII, LLC,<br><br>Defendants. | Case No. 4:20-cv-07073-YGR (LB) (Consolidated Case No. 4:21-cv-01527-YGR (LB))<br><br>**ORDER REGARDING DISCOVERY DISPUTE PROCEDURES**<br><br>Re: ECF No. 87 |

The district judge referred all discovery matters in Case Nos. 4:20-cv-07073-YGR and 21-cv-01527-YGR to the undersigned.[1] No discovery dispute is pending. If one arises, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter

---

[1] Order Regarding Admin. Mot. Pursuant to L.R. 7-11 – ECF No. 87. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 20-cv-07073-YGR

1  Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are
2  necessary, including any further briefing or argument.
3  **IT IS SO ORDERED.**
4  Dated: March 16, 2022

_____
LAUREL BEELER
United States Magistrate Judge