UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ROCHELLE NICOLE RODRIGUEZ, individually, and as Personal Representative of the Estate of JAMAL MARQUEZ JORDAN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>SEABREEZE JETLEV LLC, SEABREEZE JET SKI, LLC, and H2O SPORTS HAWAII, LLC,<br><br>Defendants. | Case No. 4:20-cv-07073-YGR (LB)<br>(Consolidated Case No. 4:21-cv-01527-YGR (LB))<br><br>**DISCOVERY ORDER**<br><br>Re: ECF No. 140 |

The district judge referred all discovery matters to the undersigned.[1] The defendants filed a motion to compel certain deposition testimony and the production of documents and asked the court to order counsel for the deponents to pay for the cost of new depositions.[2] The defendants' counsel met and conferred with counsel for the deponents, but the parties to this discovery dispute did not filed a joint letter, which is required by the undersigned's standing order.[3]

---

[1] Order Regarding Admin. Mot. Pursuant to L.R. 7-11 – ECF No. 87. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Mot. to Compel – ECF No. 140 at 2.

[3] *Id.* at 5.

ORDER – No. 20-cv-07073-YGR (LB)

1  The court denies the motion without prejudice and orders the parties to comply with the
2  dispute procedures in the undersigned's standing order (attached). The procedures in it require,
3  among other things, that if a meet-and-confer by other means does not resolve the parties' dispute,
4  lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a
5  joint letter brief with information about any unresolved disputes. The letter brief must be filed
6  under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery
7  Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future
8  proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: July 8, 2022

_____
LAUREL BEELER
United States Magistrate Judge