UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROCHELLE NICOLE RODRIGUEZ**,<br><br>Plaintiff,<br><br>v.<br><br>**SEABREEZE JETLEV LLC, ET AL.**,<br><br>Defendants.<br><br>AND RELATED CASE. | Case No.  4:20-cv-07073-YGR<br>           4:22-cv-01701-YGR<br><br>**ORDER CONDITIONALLY DISMISSING CASE WITH PREJUDICE** |

On September 12, 2022, these actions came on for trial. The parties informed the Court that they had reached a settlement of all claims in the actions listed above with a term sheet signed by all parties and payment to be made in thirty (30) days. Based thereon, the Court dismissed the jury panel. The parties shall each be assessed one-half of the jury fees incurred.

Based on the foregoing, it is **HEREBY ORDERED** that the case is conditionally dismissed. If any party certifies to the Court, with proper notice to all other parties, within forty-five (45) days from the date of this Order, that the case should be reopened for failure to complete the settlement, a motion shall be filed and these actions shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: September 12, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE